FILED
2019 Mar-20 AM 09:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LACHANDRA CARR,**  )<br>  )<br>  Plaintiff,  )<br>  )<br> vs.  )<br>  )<br> **ROCO REAL ESTATE,**  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action Number<br>**2:18-cv-00126-AKK** |

## ORDER

Consistent with the parties' Joint Stipulation of Dismissal, doc. 25, the court's order of February 26, 2019, doc. 24, is **REVISED** to reflect that this action is now **DISMISSED WITH PREJUDICE**. Each party to bear their own costs.

**DONE** the 20th day of March, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE